IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00211-D

| | |
|---|---|
| ALEXANDRA CUNNINGHAM )<br>)<br>)<br>)<br>v. )<br>)<br>BELCAN LLC )<br>)<br>) | **ORDER GRANTING MOTION FOR WAIVER AND REFUND OF FILING FEE** |

For good cause shown, the Court grants Plaintiff's Motion for Waiver and Refund of Filing Fee and hereby enters the following Order:

**IT IS ORDERED,** the Clerk of the Court will refund Plaintiff's $402 filing fee to Miller Law Group, PLLC within ten (10) days of this Order.

SO ORDERED. This 10 day of June, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE